UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DANIEL SPENCER and FAYE SPENCER,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>LIBERTY MUTUAL INSURANCE  )<br>CORPORATION and NEW HAMPSHIRE  )<br>INSURANCE COMPANY,  )<br>)<br>Defendants.  ) | CASE NO. 1:04-cv-0399-DFH-TAB |

ENTRY ON MOTION TO RECONSIDER AND/OR AMEND ENTRY

Defendant Liberty Mutual Insurance Corporation has moved for reconsideration or amendment of the court's June 15, 2005 decision denying defendants' motions for summary judgment and granting plaintiff's motion for partial summary judgment on the issue of insurance coverage. Liberty Mutual would like to appeal that interlocutory decision under 28 U.S.C. § 1292(b), which would require the district court to find (1) that its decision involves a controlling question of law as to which there is substantial ground for difference of opinion and (2) that an immediate appeal might materially advance the ultimate termination of the litigation.

Neither of the statutory requirements is satisfied in this case. Liberty Mutual has not pointed to controlling or strong persuasive authority that

-2-

would bar coverage in this case.  Also, if an interlocutory appeal went forward at this point, the chances of multiple appeals would be substantial.

Accordingly, Liberty Mutual's motion to reconsider and/or amend the court's decision of June 15, 2005 is hereby denied.

So ordered.

Date: August 9, 2005

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

-3-

Copies to:

Bruce P. Clark
BRUCE P. CLARK & ASSOCIATES
bpclarkesq@jorsm.com

Trevor J. Crossen
WAGNER REESE & CROSSEN, LLP
tcrossen@injuryattorneys.com

Mark D. Gerth
KIGHTLINGER & GRAY
mgerth@k-glaw.com

Laura S. Reed
RILEY BENNETT & EGLOFF LLP
lreed@rbelaw.com

Jason R. Reese
WAGNER REESE & CROSSEN, LLP
jreese@injuryattorneys.com

Stacy J. Vasilak
BRUCE P. CLARK & ASSOCIATES
bpclarkesq@jorsm.com